IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* AXIOM SPACE, INC.,<br><br>Plaintiff,<br>v.<br><br>VAST, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No. 4:26-cv-04914<br><br>**<u>FILED UNDER SEAL</u>** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO<br><u>DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." <u>Id.</u> Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.
The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

AARON F. REITZ
United States Attorney

/s/ Kenneth Shaitelman
Kenneth Shaitelman
Assistant United States Attorney
Southern District Bar Number: 14199778
Texas Bar Number: 24077606
1000 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 567-9609
Facsimile: (713) 718-3303
E-mail: kenneth.shaitelman@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF CONFERENCE**

On October 22, 2026, the undersigned communicated with relator's counsel via telephone regarding this notice.

*s/Kenneth Shaitelman*
Kenneth Shaitelman
Assistant United States Attorney

**CERTIFICATE OF WORD COUNT**

I hereby certify that the foregoing document contains 302 words, excluding case caption, signature block, and certificates.

*/s/ Kenneth Shaitelman*
Kenneth Shaitelman
Assistant United States Attorney